**Order entered March 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00178-CR

## TRADAREON JAMEL CHOICE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F17-75538-X**

### ORDER

On the Court's own motion, we **DIRECT** the Clerk to **REMOVE** this case from submission and oral argument on March 26, 2020. The case will be resubmitted with oral argument in due course.

We **DIRECT** the Clerk to send a copy of this order via electronic transmission to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; to counsel Sharita Blacknall; and to the Dallas County District

Attorney.  We also **DIRECT** the Clerk to send a copy of the order to Sharita

Blacknall via certified mail at the address listed for counsel in our records.


                                    /s/    LANA MYERS
                                           PRESIDING JUSTICE